# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth C. Orfe and Erin C. Orfe<br>  Debtor(s) | CHAPTER 13<br><br>BKY. NO. 11-18279 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of U.S. Bank, National Association, as Successor Trustee to Bank Of America, N.A., as Successor by Merger To LaSalle Bank, N.A. as Trustee for the Certificateholders of The MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-AR1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0542

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**
                                          Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406