United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kenneth C. Orfe
Erin C. Orfe
    Debtors

Case No. 11-18279-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 5    Date Rcvd: Apr 17, 2017
                    Form ID: 138NEW    Total Noticed: 99

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.

```
db/jdb         +Kenneth C. Orfe,    Erin C. Orfe,    38 Canal Road,    Levittown, PA 19057-1612
aty            +CHESTER F. DARLINGTON,    1800 JFK Blvd.,    19th Floor,    Philadelphia, PA 19103-7421
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
12581159        Applied Bank,    Eaalaw,    120 North Keyser Ace,    Scranton, PA 18504-9701
12581161       +BAC Home Loans Servicing,    Mail Stop TX-2-982-03-03,     7105 Corporate Drive,
                 Plano, TX 75024-4100
12673606        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12581162       +Berkheimer Tax Administrator,    P.O. Box 995,    50 North Seventh St,    Bangor, PA 18013-1731
12581166        CBCS,   P.O. Box 163250,    Columbus, OH  43216-3250
12581176       +CSG,   Re: Meenan Security Sys,    P.O. Box 21490,    Philadelphia, PA 19141-0490
12581163        Capital One Bank (USA),    P.O. Box 71083,    Charlotte, NC  28272-1083
12613066        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
12581164        Capital One, LLC,    By American InfoSource LP,    P.O. Box 71083,    Charlotte, NC  28272-1083
12581165        Cash Call,    C/O B-Line LLC,    MS 550    P.O. Box 91121,    Seattle, WA  98111-9221
12581167       +Centurion Fund,    1338 Southfoot Hill Drive, Ste 325,    Salt Lake Vity, UT 84108-2321
12581168        Citibank,    P.O. Box 6497,    Sioux Falls, SD  57117-6497
12581169       +Cnv,   200 W Jackson Blvd,    Chicago, IL 60606-6910
12581170        Comcast Cable,    P.O. Box 3005,    Southern, PA  19398-3005
12581171        Craig H. Fox, Esq,    706 One Montgomery Plaza,    Norristown, PA  19401
12581172       +Credit Control LLC,    P.O. Box 488,    Hazelwood, MO 63042-0488
12581173        Credit Department,    Suite 201,    Thrift Road,    Whiemarsh, BC
12581180        DSNB/Macy's,    TSYS Debt Management,    P.O. Box 137,    Columbus, GA  31902-0137
12581179        Doubleday Book Club,    C/O RJM Acquisitions,    575 Underhill Blvd, Ste 224,
                 Syosset, NY  11791-3416
12581181       +Eaalaw,    120 North Keyser Ave,    Scranton, PA 18504-9701
12581182        Eastern Account Systen Of Connecticut,    P.O. Box 837,    Newtown, CT  06470-0837
12581183       +GC Services Limited,    6330 Gulfton,    Houston, TX 77081-1198
12581185       +Global,    300 International Drive,    Wiliamsville, NY 14221-5783
12581186       +Goldbeck McCafferty & McKeever,    Suite 5000 Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
12724190       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
12581188        HSBC Card Services,    P.O. Box 49311,    San Jose, CA  95161
12581187       +Household Auto Finance,    P.O. Box 17902,    San Diego, CA 92177-7902
12581189       +JC Christensen & Assoc,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
12581192       +KCI Financial Service,    Re; MCI Worldcom Communications,    628 North St,
                 Geneva, IL 60134-1356
12581193       +Keller Electric,    3700 Keller Farm,    Huntington Valley, PA 19006-2814
12654902       +LHR, Inc.,    56 Main Street,    Hamburg, NY 14075-4905
12581194       +LHR/Juniper Bank,    56 Main Street,    Hanburg, NY 14075-4905
12581196        LVNV Funding,    P.O. Box B 10584,    Greenville, SC  29603
12581198       +Michael F Ratchford, Esq,    1729 Pittston Ave,    Scranton, PA 18505-4794
12581199       +Mid-Continent Insurance Co,    C/O Ji.. Scheidt, Esq,    501 Park Road N. Box 6263,
                 Wyp,Ossong, PA 19610-2919
12581200       +Nicho Noel, Esq,    Maura, Zajac, McGuire,    2505 Newberg Rd,    Easton, PA 18045-1963
12581201        Nicholas Noel III, Esq,    Maura Zajak, Esq,    25058 Newberg Rd,    Easton, PA  18045
12590313       +North Star Capital Acquisition,    170 Northpointe Pkwy,    Suite 300,    Amherst, NY 14228-1992
12581202       +Northland Group,    P.O. Box 390905,    Edina, MN 55439-0905
12581203       +Northstar Capital Acquisition,    520 Fellowship Rd, Ste C306,    C/O David Apothaker,
                 Mount Laurel, NJ 08054-3410
12581206       +PRA REceivables/GE Money Bank/Sams Club,    P.O. Box 41067,    Norfolk, VA 23541-1067
12581207       +PRA Receivables/GE MoneyBank/OldNavy,    P.O. Box 41067,    Norfolk, VA 23541-1067
12581208       +PRA Receivables/Home Depot,    P.O. Box 41067,    Norfolk, VA 23541-1067
12581204       +Payday Max,    C/O Creditors Interchange,    80 Holt Dr,    Buffalo, NY 14225-1470
12581209       +Prince Altee Thomas, Esq,    Fox Rothchild,    2000 Market St 20th Floor,
                 Philadelphia, PA 19103-3222
12581216       +RJM Acquisition/RJ,    575 Underhilll Blvd,    Syosset, NY 11791-3426
12581211       +Redline LLC,    2350 North Forest Road, Ste 31B,    Getzuille, NY 14068-1398
12581215       +Richard Hoisington,    Hoisington Engineers,    10 Barclay Cr,    Newtown, PA 18940-1501
12581217        Roundup Funding/AT&T Mobility,    MS 550    P.O. Box 91121,    Seattle, WA  98111-9221
12581218       +Roundup Funding/Victoria Secret,    MS 550    P.O. Box 91121,    Seattle, WA 98111-9221
12597029       +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
                 One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
12581220        T-Mobile,    P.O. Box 248/848,    Oklahoma City, OK  73124-8848
12581221        Target National Bank,    P.O. Box 59317,    Minneapolis, MN  55459-0317
12581222       +Think Cash,    P.O. Box 101842,    Fort Worth, TX 76185-1842
12581223        Vanentine & Kebartas, Inc,    P.O. Box 325,    Lawrence, MA  01842-0625
12581226        Verizon,    P.O. Box 25505,    LEHIGH VALLEY, PA  18002-5505
12581225       +Verizon,    P.O. Box 4003,    Acworth, GA 30101-9004
12668455        Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
```

```
District/off: 0313-2           User: Stacey             Page 2 of 5              Date Rcvd: Apr 17, 2017
                               Form ID: 138NEW          Total Noticed: 99


12581224      Verizon,   P.O. Box 660748,    Dallas, TX   75266-0748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:24      City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:20:52
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2017 01:21:18      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2017 01:23:28
                Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2017 01:23:28
                Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 01:16:47
                Recovery Management Systems Corporation For GE Mon,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
12581156      +E-mail/Text: EBNProcessing@afni.com Apr 18 2017 01:21:06      AFNI,   Re: MCI,   P.O. Box 3517,
                Blooington, IL 61702-3517
12581157      +E-mail/Text: EBNProcessing@afni.com Apr 18 2017 01:21:06      AFNI,   4047 Brock Sr,
                P.O. Box 3517,   Blooington, IL 61702-3517
12581158      +E-mail/Text: roy.buchholz@allianceoneinc.com Apr 18 2017 01:20:35      Alliance One,
                P.O. Box 3111,   Southeastern, PA 19398-3111
12590087       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2017 01:23:22
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK  73124-8848
12581160       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2017 01:21:01      Asset Acceptance Corp,
                P.O. Box 2036,   Warren, MI  48090-2036
12718639      +E-mail/Text: bncmail@w-legal.com Apr 18 2017 01:21:08      CASHCALL, INC.,
                C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE. 400,   SEATTLE, WA 98121-3132
12581174       E-mail/Text: creditonebknotifications@resurgent.com Apr 18 2017 01:20:38      Credit One Bank,
                P.O. Box 6050,   City Of Industry, CA  91716
12581175      +E-mail/Text: creditonebknotifications@resurgent.com Apr 18 2017 01:20:38      Creditor One,
                P.O. Box 60500,   City Of Industry, CA 91716-0500
12581177       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:42      Dell Financial,
                C/O Resurgent Capital,   P.O. Box 10390,   Greenville, SC  29603-0390
12581178      +E-mail/Text: Bankruptcy.Consumer@dish.com Apr 18 2017 01:21:02      Dish Network,
                9601 S. Meridian Blvd,   Englewood, CO 80112-5905
12633096       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2017 01:16:52      Equable Ascent Financial, LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12581184       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 01:16:39      GE Money Bank,   P.O. Box 981064,
                El Paso, TX  79998-1064
12626348       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2017 01:16:54      Granite Recovery LLC,
                c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12581190       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2017 01:21:11      Jefferson Capital,
                Re; Wells Fargo,   P.O. Box 7999,   SAINT CLOUD, MD  56302-9617
12581191      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2017 01:21:11
                Jefferson capital systems/Bank of Am,   P.O. Box 7999,   Saint Cloud, MN 56302-7999
12703200       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:41
                LVNV Funding LLC its successors and assigns as,   assignee of FNBM LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12581195       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2017 01:21:01      Littman Jewelers,
                C/O Asset Acceptance,   P.O. Box 2036,   Warren, MI  48090-2036
12581197      +E-mail/Text: bkr@cardworks.com Apr 18 2017 01:20:32      Merrick Bank,
                C/O Resurgent Capital Services,   P.O. Box 10368,   Greenville, SC 29603-0368
13028775       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2017 01:23:28      Midland Funding LLC,
                by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                Houston, TX  77210-4457
12933989       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2017 01:23:22      Midland Funding LLC,
                by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
12590358       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 01:23:27
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13025020      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 01:37:35
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
12581205      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 18 2017 01:20:43      Peco,
                2301 Market Street,   Philadelphia, PA 19103-1380
12924760       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2017 01:16:51
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
12581210       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2017 01:16:51      Recovery Mangement Systems,
                25 SE 2nd Ave, Ste 1120,   Miami, FL  33131-1605
12581214       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:42      Resurgent Capital/,
                Re: LVNV Funding/GE Capital,   P.O. Box 10587,   Greenville, SC  29603-0587
12581213       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:53      Resurgent Capital/,
                Re: LVNV Funding,   P.O. Box 10587,   Greenville, SC  29603-0587
12581212       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:42      Resurgent Capital/,
                Re: LVNV Funding/Sterling Jewelers,   P.O. Box 10587,   Greenville, SC  29603-0587
```

```
District/off: 0313-2           User: Stacey                 Page 3 of 5                   Date Rcvd: Apr 17, 2017
                               Form ID: 138NEW              Total Noticed: 99


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12582310          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:53
                  Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12581219         +E-mail/PDF: cbp@onemainfinancial.com Apr 18 2017 01:23:21      Spring Leae Financial,
                  1033 Bristol Oxford Valley Rd,    Levittown, PA 19057-1008
                                                                                             TOTAL: 36


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12582709          11-18279
cr*              +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr*              +Springleaf Financial Services of Pennsylvania, Inc,     c/o Craig H. Fox, Esquire,
                  One Montgomery Plaza,    Suite 706,    Norristown, PA 19401-4852
12582710*        +AFNI,   Re: MCI,    P.O. Box 3517,    Blooington, IL 61702-3517
12582711*        +AFNI,   4047 Brock Sr,    P.O. Box 3517,    Blooington, IL 61702-3517
12582712*        +Alliance One,    P.O. Box 3111,    Southeastern, PA 19398-3111
12582713*         Applied Bank,    Eaalaw,   120 North Keyser Ace,    Scranton, PA 18504-9701
12582714*         Asset Acceptance Corp,    P.O. Box 2036,   Warren, MI 48090-2036
12582715*        +BAC Home Loans Servicing,    Mail Stop TX-2-982-03-03,    7105 Corporate Drive,
                  Plano, TX 75024-4100
12582716*        +Berkheimer Tax Administrator,    P.O. Box 995,    50 North Seventh St,    Bangor, PA 18013-1731
12582720*         CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
12582730*        +CSG,   Re: Meenan Security Sys,    P.O. Box 21490,    Philadelphia, PA 19141-0490
12582717*         Capital One Bank (USA),    P.O. Box 71083,    Charlotte, NC 28272-1083
12582718*         Capital One, LLC,    By American InfoSource LP,    P.O. Box 71083,    Charlotte, NC 28272-1083
12582719*         Cash Call,    C/O B-Line LLC,    MS 550    P.O. Box 91121,    Seattle, WA 98111-9221
12582721*        +Centurion Fund,    1338 Southfoot Hill Drive, Ste 325,     Salt Lake Vity, UT 84108-2321
12582722*         Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
12582723*        +Cnv,   200 W Jackson Blvd,    Chicago, IL 60606-6910
12582724*         Comcast Cable,    P.O. Box 3005,    Southern, PA 19398-3005
12582725*         Craig H. Fox, Esq,    706 One Montgomery Plaza,    Norristown, PA 19401
12582726*        +Credit Control LLC,    P.O. Box 488,   Hazelwood, MO 63042-0488
12582727*         Credit Department,    Suite 201,    Thrift Road,    Whiemarsh, BC
12582728*         Credit One Bank,    P.O. Box 6050,   City Of Industry, CA 91716
12582729*        +Creditor One,    P.O. Box 60500,    City Of Industry, CA 91716-0500
12582731*        ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                  (address filed with court: Dell Financial,     C/O Resurgent Capital,    P.O. Box 10390,
                  Greenville, SC 29603-0390)
12733849*        ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                  (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                  PO Box 10390,    Greenville, SC 29603-0390)
12582734*         DSNB/Macy's,    TSYS Debt Management,    P.O. Box 137,    Columbus, GA 31902-0137
12582732*        +Dish Network,    9601 S. Meridian Blvd,   Englewood, CO 80112-5905
12582733*         Doubleday Book Club,    C/O RJM Acquisitions,    575 Underhill Blvd, Ste 224,
                  Syosset, NY 11791-3416
12582735*        +Eaalaw,    120 North Keyser Ave,    Scranton, PA 18504-9701
12582736*         Eastern Account Systen Of Connecticut,     P.O. Box 837,   Newtown, CT 06470-0837
12582737*        +GC Services Limited,    6330 Gulfton,   Houston, TX 77081-1198
12582738*         GE Money Bank,    P.O. Box 981064,    El Paso, TX 79998-1064
12582739*        +Global,   300 International Drive,    Wiliamsville, NY 14221-5783
12582740*        +Goldbeck McCafferty & McKeever,    Suite 5000 Mellon Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1541
12582742*         HSBC Card Services,    P.O. Box 49311,    San Jose, CA 95161
12582741*        +Household Auto Finance,    P.O. Box 17902,    San Diego, CA 92177-7902
12582743*        +JC Christensen & Assoc,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
12582744*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital,     Re; Wells Fargo,    P.O. Box 7999,
                  SAINT CLOUD, MD 56302-9617)
12582745*        +Jefferson capital systems/Bank of Am,     P.O. Box 7999,   Saint Cloud, MN 56302-7999
12582746*        +KCI Financial Service,    Re; MCI Worldcom Communications,    628 North St,
                  Geneva, IL 60134-1356
12582747*        +Keller Electric,    3700 Keller Farm,    Huntington Valley, PA 19006-2814
12582748*        +LHR/Juniper Bank,    56 Main Street,    Hanburg, NY 14075-4905
12582750*         LVNV Funding,    P.O. Box B 10584,    Greenville, SC 29603
12582749*         Littman Jewlers,    C/O Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
12582751*        +Merrick Bank,    C/O Resurgent Capital Services,    P.O. Box 10368,   Greenville, SC 29603-0368
12582752*        +Michael F Ratchford, Esq,    1729 Pittston Ave,    Scranton, PA 18505-4794
12582753*        +Mid-Continent Insurance Co,    C/O Ji.. Scheidt, Esq,    501 Park Road N. Box 6263,
                  Wyp,Ossong, PA 19610-2919
12933990*         Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
12934920*         Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
12934921*         Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
12934922*         Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
12935196*         Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
```

```
District/off: 0313-2            User: Stacey                Page 4 of 5                Date Rcvd: Apr 17, 2017
                                Form ID: 138NEW             Total Noticed: 99


              ***** BYPASSED RECIPIENTS (continued) *****
12935197*         Midland Funding LLC,   by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX   77210-4457
13121614*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO BOX 619096,    Dallas, TX 75261-9741)
12582754*        +Nicho Noel, Esq,    Maura, Zajac, McGuire,    2505 Newberg Rd,    Easton, PA 18045-1963
12582755*         Nicholas Noel III, Esq,    Maura Zajak, Esq,    25058 Newberg Rd,    Easton, PA   18045
12582756*        +Northland Group,    P.O. Box 390905,    Edina, MN 55439-0905
12582757*        +Northstar Capital Acquisition,    520 Fellowship Rd, Ste C306,    C/O David Apothaker,
                   Mount Laurel, NJ 08054-3410
12582760*        +PREceivables/GE Money Bank/Sams Club,    P.O. Box 41067,    Norfolk, VA 23541-1067
12582761*        +PRA Receivables/GE MoneyBank/OldNavy,    P.O. Box 41067,    Norfolk, VA 23541-1067
12582762*        +PRA Receivables/Home Depot,    P.O. Box 41067,    Norfolk, VA 23541-1067
12582758*        +Payday Max,   C/O Creditors Interchange,    80 Holt Dr,    Buffalo, NY 14225-1470
12582759*        +Peco,   2301 Market Street,    Philadelphia, PA 19103-1380
12582763*        +Prince Altee Thomas, Esq,    Fox Rothchild,    2000 Market St 20th Floor,
                   Philadelphia, PA 19103-3222
12582770*        +RJM Acquisition/RJ,    575 Underhilll Blvd,    Syosset, NY 11791-3426
12582764*         Recovery Mangement Systems,    25 SE 2nd Ave, Ste 1120,    Miami, FL   33131-1605
12582765*        +Redline LLC,    2350 North Forest Road, Ste 31B,    Getzuille, NY 14068-1398
12582768*         Resurgent Capital/,   Re:  LVNV Funding/GE Capital,    P.O. Box 10587,
                   Greenville, SC   29603-0587
12582767*         Resurgent Capital/,   Re:  LVNV Funding,    P.O. Box 10587,    Greenville, SC   29603-0587
12582766*         Resurgent Capital/,   Re:  LVNV Funding/Sterling Jewelers,    P.O. Box 10587,
                   Greenville, SC   29603-0587
12582769*        +Richard Hoisington,    Hoisington Engineers,    10 Barclay Cr,    Newtown, PA 18940-1501
12582771*         Roundup Funding/AT&T Mobility,    MS 550,    P.O. Box 91121,    Seattle, WA   98111-9221
12582772*        +Roundup Funding/Victoria Secret,    MS 550,    P.O. Box 91121,    Seattle, WA 98111-9221
12582773*        +Spring Leae Financial,    1033 Bristol Oxford Valley Rd,    Levittown, PA 19057-1008
12582774*         T-Mobile,   P.O. Box 248/848,    Oklahoma City, OK   73124-8848
12582775*         Target National Bank,    P.O. Box 59317,    Minneapolis, MN   55459-0317
12582776*        +Think Cash,   P.O. Box 101842,    Fort Worth, TX 76185-1842
12582777*         Vanentine & Kebartas, Inc,    P.O. Box 325,    Lawrence, MA   01842-0625
12582778*         Verizon,   P.O. Box 660748,    Dallas, TX   75266-0748
12582780*         Verizon,   P.O. Box 25505,    LEHIGH VALLEY, PA   18002-5505
12582779*        +Verizon,   P.O. Box 4003,    Acworth, GA 30101-9004
                                                                                               TOTALS: 1, * 81, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank, National Association, as Successor Trustee to
               Bank Of America, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com
              CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc., et al
               bankruptcy@foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, as Successor
               Trustee to Bank Of America, N.A. bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              PRINCE ALTEE THOMAS    on behalf of Creditor Nelson  Rodriguez pthomas@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              STANTON M. LACKS    on behalf of Plaintiff Erin C Orfe blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Debtor Kenneth C. Orfe blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Joint Debtor Erin C. Orfe blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Plaintiff Kenneth C. Orfe blackslaw@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, National Association, as Successor Trustee
               to Bank Of America, N.A. tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2         User: Stacey              Page 5 of 5              Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW           Total Noticed: 99
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kenneth C. Orfe and Erin C. Orfe
    Debtor(s)

Bankruptcy No: 11−18279−elf
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 4/17/17

86 − 85
Form 138_new