United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-18279-elf
Kenneth C. Orfe                                                       Chapter 13
Erin C. Orfe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: May 26, 2017
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb         +Kenneth C. Orfe,    Erin C. Orfe,   38 Canal Road,    Levittown, PA 19057-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank, National Association, as Successor Trustee to
               Bank Of America, N.A. ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc., et al
               bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, National Association, as Successor
               Trustee to Bank Of America, N.A. bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              PRINCE ALTEE THOMAS    on behalf of Creditor Nelson   Rodriguez pthomas@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              STANTON M. LACKS    on behalf of Joint Debtor Erin C. Orfe blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Plaintiff Kenneth C. Orfe blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Plaintiff Erin C Orfe blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Debtor Kenneth C. Orfe blackslaw@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, National Association, as Successor Trustee
               to Bank Of America, N.A. tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                            : Chapter 13

Kenneth C. Orfe and Erin C. Orfe                                  : Case No. 11−18279−elf

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

89
Form 195